UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO. 3:25-cr-108-MMH-MCR

DALE GROGAN

## MOTION FOR CAPIAS

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for DALE GROGAN, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Ashley Washington
ASHLEY WASHINGTON
Assistant United States Attorney
USAO No. 177
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Ashley.Washington2@usdoj.gov